IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 19–cv–01533–MDB

PATRICIA HERNANDEZ,

    Plaintiff,

v.

PUEBLO COUNTY, DHS,

    Defendant.

---

# ORDER

    Plaintiff has filed a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. Re. App. P. 24. (Doc. No. 72.) The Court has examined the file and determined that the Motion must be denied. Pursuant to 28 U.S.C. § 1915(a)(3) and Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure, and for the reasons set forth in the Order granting Defendant's motion for summary judgment (Doc. No. 48) and in the Order denying Plaintiff's motion for relief from final judgment (Doc. No. 69), the Court finds that this appeal is not take in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    **ORDERED** that the Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. Re. App. P. 24. (Doc. No. 72) is **DENIED** without prejudice to the

filing of the motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

Dated this 19th day of October, 2022.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge